UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York  10601
(914) 328-0404
Counsel for Defendants:
    Joseph M. Martin (JM 0354)
    Susanne Kantor (SK 8278)

------------------------------------------------------------X
JENNIFER MASCOLO,

                      Plaintiff,          Civil Action No. 08 cv 6100

    - against –

GENESIS BIOSYSTEMS, INC.,
JAMES D. LAFFERTY, and KIRK SLUSHER,

                      Defendants.
------------------------------------------------------------X

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

    Please enter the appearance of **Joseph M. Martin** and **Susanne Kantor** as attorneys for **Defendants Genesis Biosystems, Inc. and James D. Lafferty** in this action.

                    Joseph M. Martin (JM 0354)
                    Susanne Kantor (SK 8278)
                    Jackson Lewis, LLP
                    One North Broadway, Suite 1502
                    White Plains, New York 10601

                    Respectfully submitted,

                    JACKSON LEWIS LLP
                    One North Broadway, Suite 1502
                    White Plains, New York 10601
                    (914) 328-0404

Dated: September 3, 2008      By:    _____
      White Plains, New York                    Joseph M. Martin. (JM 0354)
                                            Susanne Kantor (SK 8278)
                                            ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JENNIFER MASCOLA,                              :
                                               :   Civil Action No. 08 cv 6100
                           Plaintiff,          :
                                               :
       - against –                             :
                                               :
GENESIS BIOSYSTEMS, INC.,                      :
JAMES D. LAFFERTY, and KIRK SLUSHER,           :
                                               :
                           Defendants.         :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance has been electronically filed and served via U.S. Mail, First Class this 3rd day of September, 2008 on:

Nathaniel E. Burney (NB 4242)
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 797-2975
*Counsel for Plaintiff*

_____
Susanne Kantor