UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Counsel for Defendants:
    Joseph M. Martin (JM 0354)
    Susanne Kantor (SK 8278)

---------------------------------------------------------------X
JENNIFER MASCOLA,                       :

                                                   : Civil Action No. 08 cv 6100
              Plaintiff,         :

- against –                              :

GENESIS BIOSYSTEMS, INC.,            :
JAMES D. LAFFERTY, and KIRK SLUSHER, :

              Defendants.  :
---------------------------------------------------------------X

## FED. R. CIV. P. 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant Genesis Biosystems, Inc. certifies that Defendant does not have corporate parents, subsidiaries or affiliates, and is not publically traded.

                                                 JACKSON LEWIS LLP
                                               One North Broadway, Suite 1502
                                               White Plains, New York 10601
                                               (914) 328-0404

                        BY:   _____
                                          Joseph M. Martin (JM 0354)
                                          Susanne Kantor (SK 8278)

                                               ATTORNEYS FOR DEFENDANTS
                                               GENESIS BIOSYSTEMS, INC. AND
Dated: September 3, 2008               JAMES D. LAFFERTY
        White Plains, New York

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
JENNIFER MASCOLA,                              :
                                               :    Civil Action No. 08 cv 6100
                          Plaintiff,           :
                                               :
         - against –                           :
                                               :
GENESIS BIOSYSTEMS, INC.,                      :
JAMES D. LAFFERTY, and KIRK SLUSHER,           :
                                               :
                          Defendants.          :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Rule 7.1 Certification has been electronically filed and served via First Class mail, postage pre-paid, on 3rd day of September, 2008 to Plaintiff's counsel of record:

Nathaniel E. Burney (NB 4242)
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 797-2975
*Counsel for Plaintiff*

_____
Susanne Kantor