UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Counsel for Defendants:
    Joseph M. Martin (JM 0354)
    Susanne Kantor (SK 8278)

---------------------------------------------------------------X
JENNIFER MASCOLA,          :
                                                  :     Civil Action No. 08 cv 6100
                        Plaintiff,    :
                                                  :
    - against –                                    :
                                                    :
GENESIS BIOSYSTEMS, INC.,           :
JAMES D. LAFFERTY, and KIRK SLUSHER, :
                                                    :
                            Defendants.   :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

      Please enter the appearance of **Joseph M. Martin** and **Susanne Kantor** as attorneys for **Defendants Genesis Biosystems, Inc. and James D. Lafferty** in this action.

                      Joseph M. Martin (JM 0354)
                      Susanne Kantor (SK 8278)
                      Jackson Lewis, LLP
                      One North Broadway, Suite 1502
                      White Plains, New York 10601

                                        Respectfully submitted,

                                        JACKSON LEWIS LLP
                                        One North Broadway, Suite 1502
                                        White Plains, New York 10601
                                        (914) 328-0404

Dated: September 3, 2008        By:     _____
       White Plains, New York                      Joseph M. Martin. (JM 0354)
                                              Susanne Kantor (SK 8278)
                                              ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JENNIFER MASCOLA,                          :
                                           :   Civil Action No. 08 cv 6100
                    Plaintiff,             :
                                           :
    - against –                            :
                                           :
GENESIS BIOSYSTEMS, INC.,                  :
JAMES D. LAFFERTY, and KIRK SLUSHER,       :
                                           :
                    Defendants.            :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance has been electronically filed and served via U.S. Mail, First Class this 3rd day of September, 2008 on:

Nathaniel E. Burney (NB 4242)
747 Third Avenue, 32nd Floor
New York, New York  10017
(212) 797-2975
*Counsel for Plaintiff*

_____
Susanne Kantor